PHILLIP A. TALBERT
Acting United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| In the Matter of the Search of: | ORDER TO UN-SEAL SEARCH WARRANTS |
|---|---|
| | 2:20-SW-1016 KJN |
| THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER (209) 500-0001 | |
| | 2:21-SW-125 DB |
| THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER (732) 705-0883 | |
| | 2:21-SW-157 DB |
| THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER (209) 500-0001 | |
| | 2:21-SW-238 KJN |
| THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER (732) 705-0883 | |
| | 2:21-SW-239 KJN |
| THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER (253) 205-6137 | |
| 3001 Goshawk Street, Davis, California | 2:21-SW-268 CKD |
| 1710 Baines Avenue, Sacramento, California | 2:21-SW-269 CKD |
| 2209 Stansfield Dr., Roseville, CA 95757 | 2:21-SW-270 CKD |
| 847 Harbor Boulevard, West Sacramento, California | 2:21-SW-271 CKD |
| 2003 HUMMER SUV, Maroon with CA license #PJB37 | 2:21-SW-272 CKD |
| 2019 AUDI sedan, Blue with CA license #SLOWA5 | 2:21-SW-273 CKD |
| 2015 Volkswagen SUV, Blue with CA license #8SSC112 | 2:21-SW-274 CKD |

FILED
May 04, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 2015 Toyota sedan, White with CA license #7NTH692 | 2:21-SW-275 CKD |
| 2016 Mercedes SUV, White with CA license #PB711 | 2:21-SW-276 CKD |

**ORDER**

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED THAT that the files in the above-captioned matters be unsealed.

Dated: 05/03/2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

2